BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIDIA BUENROSTRO,<br><br>           Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., DOES I –V and ROE CORPORATIONS VI-X, inclusive,<br><br>           Defendants. | :Case No: 2:13-cv-00437-RFB-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 16th day of March, 2015.

CHRISTIANSEN LAW OFFICES

/s/
Peter S. Christiansen, Esq.
Todd Terry, Esq.
810 South Casino Center Blvd.,
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Lidia Buenrostro*

DATED this 31st day of March, 2015.

PHILLIPS, SPALLAS & ANGSTADT

/s/ #13594
Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 8th day of April, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge